LEVI&KORSINSKY LLP

1101 30th Street NW, Suite 115
Washington D.C. 20007
T: 202-524-4290
F: 202-333-2121
www.zlk.com

Adam Apton
aapton@zlk.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/5/17

RECEIVED
JUL 5 2017
CHAMBERS OF
JUDGE MARRERO

June 29, 2017

**VIA FEDERAL EXPRESS**

The Honorable Victor Marrero
United States Courthouse
500 Pearl Street, Suite 1040
New York, New York 10007

Re: *Gormley v. magicJack VocalTec Ltd., et al.*
Docket No. 1:16-cv-01869-VM

Dear Judge Marrero:

Our office represents Plaintiffs in the above-referenced matter. The parties participated in a private mediation session on June 23, 2017 before Michelle Yoshida (Phillips ADR Enterprises) in New York City. We are pleased to inform the Court that the parties have reached an agreement in principle to resolve this matter.

The parties are currently in the process of finalizing the terms of the settlement. Plaintiffs anticipate completing negotiations on a stipulation of settlement and filing a stipulation and motion for preliminary approval within the next forty-five (45) days. In the meanwhile, we respectfully request that all pending deadlines be vacated or stayed.

Respectfully,

Levi & Korsinsky LLP

By: s/ Adam Apton
Adam M. Apton

CC: All counsel of record via e-mail

Request GRANTED. All pending deadlines and proceedings herein are stayed in anticipation of the parties' settlement agreement described above.

SO ORDERED.

7-5-17
DATE

VICTOR MARRERO, U.S.D.J.