UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES GORMLEY, individually and on behalf of all others similarly situated,<br><br>                                  Plaintiff,<br><br>v.<br><br>MAGICJACK VOCALTEC LTD., GERALD VENTO, and JOSE GORDO,<br><br>                                  Defendants. | Case No. 1:16-cv-01869<br><br>Hon. Victor Marrero<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR: (I) AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES; AND (II) INCENTIVE AWARDS TO PLAINTIFFS**<br><br>Date: January 19, 2018<br>Time: 1:30 p.m.<br>Courtroom: 11B |

TO:  All Counsel of Record

　　　PLEASE TAKE NOTICE that, pursuant to the Court's September 29, 2017 Order Preliminarily Approving Settlement and Providing for Notice (ECF No. 57) (the "Court's Preliminary Approval Order"), on January 19, 2018, at 1:30 p.m. in Courtroom 11B at the United States District Court for the Southern District of New York, 500 Pearl St., New York, NY 10007, the Honorable Victor Marrero, presiding, Plaintiffs James Gormley and Lead Plaintiff Samuel Saad Revocable Trust ("Plaintiffs"), will and hereby do, move for an award of attorneys' fees and reimbursement of litigation expenses and incentive awards for Plaintiffs.

　　　This motion is based upon the Memorandum of Law in Support of Plaintiffs' Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; the Declarations of Nicholas I. Porritt, Robert Cormio, and Samuel Saad; the record and proceedings in this Action; and such matters as the Court may consider at the time of the hearing.

1

DATED: December 15, 2017          Respectfully submitted,

                            By:    /s/ Adam Apton

                                  Nicholas I. Porritt
                                  Adam M. Apton
                                  LEVI & KORSINSKY, LLP
                                  1101 30th Street NW, Suite 115
                                  Washington, DC 20007
                                  Telephone:  202-524-4290
                                  Facsimile:   202-333-2121

                                  *Attorneys for Plaintiffs James Gormley, Samuel Saad Revocable Trust, and Lead Counsel for the Proposed Class*